
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, as subrogee of Rhode Island Cardiology Center, LLC<br>　　　Plaintiff,<br><br>v.<br><br>BRADFORD WHITE CORPORATION,<br>　　　Defendant. | C.A. NO.: 13-380S |

## STIPULATION OF DISMISSAL

　　　Now come the parties to the above-entitled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims in the said action be dismissed, with prejudice and without costs, and with all rights of appeal being waived. It is further stipulated that the court shall retain jurisdiction to enforce settlement.

　　　　　　　　　　　　　　　　　　　　　　　NIELSEN, ZEHE & ANTAS, P.C.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Griffin_____
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Griffin

Michael J. Griffin
**NIELSEN, ZEHE & ANTAS, P.C.**
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
312-322-9900
*Attorney for Plaintiff Peerless Insurance Company*
*as subrogee of Rhode Island Cardiology Center, LLC*

　　　　　　　　　　　　　　　　　　　　　　　PRETI FLAHERTY BELIVEAU &
　　　　　　　　　　　　　　　　　　　　　　　PACHIOS LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael B. Doherty_____
　　　　　　　　　　　　　　　　　　　　　　　Michael B. Doherty

Michael B. Doherty
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
Ten Post Office Square
South Building, 5th Floor
Boston, Massachusetts 02109
mdoherty@preti.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014, I caused a true copy of the above document to be served upon the attorney of record for each party via this Court's Electronic Court Filing System to:

Michael B. Doherty
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
Ten Post Office Square
South Building, 5th Floor
Boston, Massachusetts 02109
mdoherty@preti.com

/s/ Michael J. Griffin_____